IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00220-WYD-KLM

JAMES R. MARGOLIS, M.D.

    Plaintiff,

v.

BERNARD BREEN,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a **Joint Motion for Approval of Stipulated Protective Order** [Docket No. 15; Filed September 29, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order for the Confidentiality of Documents and Things is **accepted** for filing and is entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

DATE: September 30, 2010