IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00220-WYD-KLM

JAMES R. MARGOLIS, M.D.

      Plaintiff,

v.

BERNARD BREEN,

      Defendant.
_____

## MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 19; Filed October 11, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [#14] is amended with the following deadlines:

| | |
|---|---|
| Designation of Experts | January 15, 2011 |
| Rebuttal Experts | January 31, 2011 |
| Expert Discovery | February 28, 2011 |
| Discovery Cut-off | February 28, 2011 |
| Dispositive Motion Deadline | March 15, 2011 |
| Expert Witness Disclosure | January 15, 2011 |

IT IS FURTHER **ORDERED** that the Settlement Conference set for October 21, 2010 at 1:30 p.m. is **vacated and reset to February 9, 2011 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that counsel shall have parties present who shall have full authority to negotiate **all** terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

No party shall be permitted to participate in the settlement conference by telephone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.


DATED:   October 13, 2010