IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00220-WYD-KLM

JAMES R. MARGOLIS, M.D.

    Plaintiff,

v.

BERNARD BREEN,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Third Stipulated Motion to Amend Scheduling Order** [Docket No. 25; Filed February 25, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 14] issued on April 13, 2010 is amended to reflect the following new deadlines:

- Expert Disclosure     **April 1, 2011**
- Rebuttal Expert Disclosure     **April 15, 2011**
- Completion of Expert Discovery     **May 15, 2011**

    IT IS FURTHER **ORDERED** that all other case management deadlines remain unchanged.

    IT IS FURTHER **ORDERED** that the parties shall file a stipulation to dismiss Plaintiff's claims on or before **March 31, 2011**.

    Dated: February 28, 2011