IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00220-WYD-KLM

JAMES R. MARGOLIS, M.D.,

      Plaintiff,

v.

BERNARD BREEN,

      Defendant.

---

## ORDER OF DISMISSAL OF CLAIMS OF
## JAMES R. MARGOLIS, M.D. WITH PREJUDICE

---

THIS MATTER comes before the Court on stipulation by the parties that the

claims of Plaintiff James R. Margolis, M.D., and his Complaint herein against Defendant

Bernard Breen, Ph.D., are to be dismissed with prejudice, with each party to bear their

own costs and attorneys' fees.  The parties further stipulate and agree that the

stipulation does not dismiss the claims made by Defendant Bernard Breen against

Plaintiff James R. Margolis, M.D., as set forth in Defendant's counterclaim against

Plaintiff.  Those claims shall continue in full force and effect notwithstanding this

Stipulation.  Having reviewed the parties' motion and being fully advised in the

premises, it is

ORDERED that the parties' Stipulated Motion to Dismiss Claims of James R.

Margolis, M.D. with Prejudice (ECF No. 29) is **GRANTED**.  In accordance therewith, it is

ORDERED that Plaintiff James R. Margolis, M.D.'s claims, and his Complaint herein against Defendant Bernard Breen, Ph.D., are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney fees.  It is

FURTHER ORDERED that the dismissal of Plaintiff's claims against Defendant does not serve to dismiss the claims made by Defendant Bernard Breen, Ph.D., against Plaintiff James R. Margolis, M.D., as set forth in Defendant's Counterclaim against Plaintiff.  Those claims shall continue in full force and effect.

Dated this <u>31st</u> day of March, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE