IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00220-WYD-KLM

JAMES R. MARGOLIS, M.D.,

    Plaintiff,

v.

BERNARD BREEN,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss Claims of Bernard Breen, Sr., Ph.D. and James R. Margolis, M.D. filed June 9, 2011. After a careful review of the stipulated motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss Claims of Bernard Breen, Sr., Ph.D. and James R. Margolis, M.D. (ECF No. 41) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay his own costs and attorneys' fees.

Dated:  June 14, 2011

                                            BY THE COURT:


                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge